UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIDLER GONZALEZ MENDOZA,<br><br>                          Petitioner,<br><br>v.<br><br>MERRICK B. GARLAND, et al.,<br><br>                          Respondents. | Case No.:  26-cv-2383-AGS-DEB<br><br>**ORDER GRANTING HABEAS PETITION (ECF 1) AND ORDERING RELEASE** |

Petitioner Nidler Gonzalez Mendoza seeks a writ of habeas corpus under 28 U.S.C. § 2241 challenging his immigration detention. He requests "[i]mmediate release" from detention (ECF 1, at 2), and "the government does not oppose the petition" (ECF 4, at 3). The Court thus **GRANTS** the petition and orders respondents to immediately release petitioner. All pending deadlines and hearings are vacated. The Clerk's Office is directed to issue a judgment and close this case.

Dated:  April 24, 2026

_____

Hon. Andrew G. Schopler
United States District Judge

1

26-cv-2383-AGS-DEB